QUIN DENVIR, Bar #49374
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARIO GUZMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　*Plaintiff*,<br><br>　　v.<br><br>MARIO GUZMAN,<br><br>　　　　　　　*Defendant*. | NO. 1:05-mj-00075<br>(*Eastern District of California*)<br><br>NO: 8:96-00252-RAL TBM-3<br>(*Middle District of Florida, Tampa Division*)<br><br>STIPULATION TO MODIFY DEFENDANT'S $400,000 PROPERTY BOND AND ORDER THEREON<br><br>Judge: Honorable Dennis L. Beck |

　　　IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, Jonathan B. Conklin, Assistant United States Attorney, counsel for Plaintiff, and Eric V. Kersten, Assistant Federal Defender, counsel for Defendant, that the conditions of pretrial release for defendant Mario Guzman shall be modified as follows:

　　　1) The $400,000 property bond previously ordered on April 20, 2005, by the Honorable Theresa A. Goldner, U.S. Magistrate Judge shall be secured with the combined equities in the following three properties:

　　　　　a)  8796 Sunset Drive, Atwater, California 95301, owned by Maria Cuevas

　　　　　b)  300 Stony Point Road, No. #199, Santa Rosa, California 95401, owned by Cruz Tamez Gonzalez

///

1    c)  1501 Ditty Avenue, Santa Rosa, California 95403, jointly owned by Jose and Thamar Cuevas

2)  All prior orders and conditions of release not in conflict with the above modifications are to remain in full force and effect.

DATED: May 6, 2005                         MCGREGOR W. SCOTT
                                           United States Attorney


                                              /s/ Jonathan B. Conklin
                                           JONATHAN B. CONKLIN
                                           Assistant United States Attorney
                                           Attorneys for PLAINTIFF



DATED: May 6, 2005                         QUIN DENVIR
                                           Federal Public Defender


                                              /s/ Eric V. Kersten
                                           ERIC V. KERSTEN
                                           Assistant Federal Defender
                                           Attorneys for MARIO GUZMAN


# O R D E R

IT IS SO ORDERED.

**Dated:   May 6, 2005**                      **/s/ Dennis L. Beck**
3b142a                                     UNITED STATES MAGISTRATE JUDGE

Stipulation to Modify $400,000 Bond and Order         2