IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,               NO. MJ F 05-75

    v.                        ORDER EXONERATING BAIL

MARIO GUZMAN,

    Defendant.
_____/

    Upon request of defendant, and good cause appearing,

    IT IS HEREBY ORDERED that bail in this matter is exonerated and the Clerk of the Court is directed to reconvey the following real properties posted as security for bail herein

    1.  8796 West Sunset Drive, Atwater CA 95301, owned by Maria Cuevas;

    2.  300 Stony Point Road, Santa Rosa CA 95401, owned by Cruz T. Gonzalez;

    3.  1501 Ditty Avenue, Santa Rosa CA 95403, owned by Jose and Thamar Cuevas.

Dated: 3/16/2006

[signature]
Magistrate JUDGE, U.S. DISTRICT COURT